SQUIRE LUCAS, &c. *v.* WM. ODER, &c.

Vendor and Purchaser—Fraudulent Conveyance.

    A vendor held possession of property until his death, when his administrator took possession of it: Held, that the fact that the title may have been originally vested in another, for some fraudulent purpose, was not an available defense to this action between claimants.

APPEAL FROM HARRISON CIRCUIT COURT.

June 4, 1869.

OPINION OF THE COURT BY JUDGE HARDIN:

Although it appears that Thomas Dum was the ostensible purchaser of the property in contest in 1834 or 1835, and although after his death, which occurred about February, 1837, his widow, who was the daughter of Thomas Oder, seems to have exchanged

houses with her father and occupied the one in contest for about two years before her marriage with her second husband in 1844; the fact that during nearly the whole of the time from the purchase by Dum till the death of Oder in 1861 the latter occupied the property by himself or tenants as his own, generally, listed it for taxation, and considerably improved it, and other facts and circumstances, seem to us to sustain the conclusion that the property really belonged to Oder. Though there is some evidence that Mrs. Dum, while she occupied the property, claimed to do so in her right as the widow of Thomas Dum and not as the tenant of her father, yet it is proved by one witness that she said *"she could claim the property if she was dishonest enough to do so, that it was deeded to her husband,"* etc.

As Oder held the possession of the property till his death when Lucas, who became his administrator, took possession of it, the fact that the title may have been originally vested in Dum, the father of Mrs. Lucas, for some fraudulent purpose was not, we think, an available defense to this action.

Wherefore, the judgment is affirmed.

*A. H. Ward,* for appellant.
..*Trimble,* for appellees.